970 So.2d 892 (2007)
Richard BENDER, Appellant,
v.
STATE of Florida, Appellee.
No. 1D07-3401.
District Court of Appeal of Florida, First District.
December 20, 2007.
*893 Richard Bender, pro se, Appellant.
Bill McCollum, Attorney General, and Carolyn J. Mosley, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. See West v. State, 818 So.2d 637 (Fla. 1st DCA 2002); State v. Dehart, 913 So.2d 616 (Fla. 2d DCA 2005).
PADOVANO, LEWIS, and THOMAS, JJ., concur.